**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

RHONDA MAXWELL,

        Plaintiff,

        v.

DEPARTMENT JUVENILE JUSTICE, *et al.*,

        Defendants.

CIVIL ACTION NO.: 4:19-cv-351

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 2, 2020, Report and Recommendation, (doc. 8), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 8), as the opinion of the Court and **DISMISSES** defendants DeBaja Coleman, Jason Kovorzvic, and Ms. Payne.

**SO ORDERED**, this 28th day of February, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA