# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RHONDA MAXWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | 4:19-CV-351-RSB-CLR |
| ) | |
| DEPARTMENT OF JUVENILE ) | |
| JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant has, with the consent of Plaintiff, moved this Court for an Order to stay certain preliminary requirements and the filing of an answer to Plaintiff's Complaint. For good cause shown, Defendant's consent motion to stay is hereby GRANTED. It is hereby ORDERED that if Defendant's motion to dismiss Plaintiff's Complaint is not granted, Defendant shall have 30 days from the entry of the order denying Defendant's motion to dismiss to file an answer to Plaintiff's Complaint.

(Continued on next page)

(Continued from previous page)

Further, within 14 days of Defendant's filing an answer to Plaintiff's Complaint, the parties shall meet and confer and file a report under Federal Rule of Civil Procedure 26(f).

SO ORDERED this 10th day of April, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia