AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RHONDA MAXWELL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-351

DEPARTMENT OF JUVENILE JUSTICE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/29/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.

Approved by: _____

October 5, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020